UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 06-285-JBC

WILMA GABBARD,                                                                              PLAINTIFF,

V.                                    MEMORANDUM OPINION AND ORDER

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,                                         DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. DE 11-2. The court, having reviewed the record and being otherwise sufficiently advised, will grant the motion.

The plaintiff asks for attorney's fees totaling $5,310.00, calculated at a rate of $150.00 per hour for 35.4 hours of attorney time. The defendant requests a reduction of the hourly rate to $125.

I.      Hourly Rate

The plaintiff bases her request of $150.00 per hour on the language of the EAJA, which, after being amended in 1996, states the hourly maximum is $125.00, plus cost-of-living adjustments. The applicant for attorney's fees bears the burden of proof for establishing a requested rate is in line with the prevailing market rate for comparable legal services in the same community. *Blum v.*

1

*Stenson*, 465 U.S. 886, 895-96 n.11 (1984). The plaintiff is unable to cite a decision demonstrating that $150.00 per hour is the prevailing rate for legal services such as those rendered in this case and relies on increases in the Bureau of Labor Statistics's Consumer Price Index. DE 11-3. The defendant has cited a recent case by this court awarding a rate of $125.00 per hour after considering similar evidence submitted regarding the increased cost of living since the last amendments to the EAJA in 1996. *See Kennedy v. SSA*, No. 06-162 (E.D. Ky. May 3, 2007). Accordingly, the court declines to award the requested rate of $150.00 per hour and finds the hourly rate of $125.00 is still appropriate.

## II. Number of Hours

The defendant does not contest the number of hours claimed by the plaintiff. Therefore, the court will multiply the hourly rate of $125 by the 35.4 hours claimed, for a total of $4,425.00.

## III. Conclusion

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for fees, DE 13.2, is **GRANTED IN PART** and **DENIED IN PART**. In accordance with the EAJA, the defendant shall pay the plaintiff's attorney's fees of $4,425.00.

Signed on January 30, 2008



JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY